Form 210A (10/06)

FILED
SEP 1 5 2009
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

# United States Bankruptcy Court

__Middle__ District Of __Alabama__

In re __Lora Smiley__, Case No. __08-31913__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Comala Credit Union
c/o Auto Portfolio Services, Inc.
_____
Name of Transferee

Comala Credit Union
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Auto Portfolio Services, Inc.
5295 DTC Parkway Suite 200
Greenwood Village, CO 80111

Court Claim # (if known): 3
Amount of Claim: 12,147.94
Date Claim Filed: 10/07/2008

Phone: 877-761-3222
Last Four Digits of Acct #: 4242

Phone: _____
Last Four Digits of Acct. #: 5860

Name and Address where transferee payments should be sent (if different from above):
Auto Portfolio Services, Inc.
PO Box 4097
Greenwood Village, CO 80155

Phone: 877-761-3222
Last Four Digits of Acct #: 4242

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Robert Taggart_ Date: _9-1-09_
Transferee/Transferee's Agent

Robert Taggart - Manager

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.